IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00202-F

| | |
|---|---|
| ALPHONSO B. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation (M & R) [DE-5] of United States Magistrate Judge Robert B. Jones, Jr., filed on June 10, 2015. The Plaintiff, appearing *pro se*, has not filed any objections to the Magistrate Judge's M & R.

After an independent and thorough review of the Magistrate Judge's M & R and a *de novo* review of the record, the court concludes that the M & R is correct and in accordance with the law. Accordingly, the court hereby ADOPTS the Magistrate Judge's M & R, and ORDERS that Plaintiff's application to proceed *in forma pauperis* [DE-1] is DENIED. Plaintiff may tender to the clerk the filing and administrative fees of $400.00 no later than **July 29, 2015**. If Plaintiff fails to pay the filing fee in the allotted time, the Clerk of Court is directed to redesignate this action as a miscellaneous case and close the matter without further order from the court.

SO ORDERED. This the __1__ day of July, 2015.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge